# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Calvin P. Wiltz, III                                    Civil Action No. 6:04-CV-2146

versus                                                  Judge Tucker L. Melançon

Jo Anne Barnhart, Commissioner                          Magistrate Judge Methvin
Social Security Administration

## RULING

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. After an independent review of the record, this Court concludes that the Report and Recommendation [Rec. Doc. 20] of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case is **REVERSED** and that Calvin P. Wiltz, III be awarded childhood benefits for the period of March 20, 2002 through February 25, 2003 (the date he attained the age of eighteen) and adult benefits consistent with an onset date of February 25, 2003.[1]

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of March, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] This constitutes a "final judgment" that triggers the filing period for an AEJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F. 3d 552 (5th Cir. 1993).